IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                          CR. NO. 02-20498-B

DISCOUNT SATELLITE & EQUIPMENT SALES,
ADVANCE DIGITAL, et al.,

    Defendants.

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

    This cause came on for a report date on August 29, 2005. At that time counsel for the government requested a continuance of the September 6, 2005 trial date due to the defendant's fugitive status.

    The Court granted the request and reset the trial date to November 7, 2005 with a **report date of Monday, October 31, 2005, at 10:00 a.m.**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

    The period from September 16, 2005 through November 18, 2005 is excludable under 18 U.S.C. § 3161(h)(1)(A) and (B) because the defendant is either absent or unavailable and her presence cannot be determined or obtained by due diligence.

    IT IS SO ORDERED this ____ day of September, 2005.

                                    J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:02-CR-20498 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT