IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -8 AM 11: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                              CR. NO. 02-20498-B

DISCOUNT SATELLITE SALES & EQUIPMENT, et al.,

    Defendants.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

This cause came on for a report date on October 31, 2005. At that time counsel for the government requested a continuance of the November 7, 2005 trial date due to the defendant's fugitive status.

The Court granted the request and reset the trial date to January 3, 2006 with a **report date of Wednesday, December 21, 2005, at 10:00 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from November 18, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(1)(A) and (B) because the defendants are either absent or unavailable and their presence cannot be determined or obtained by due diligence.

IT IS SO ORDERED this 7th day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:02-CR-20498 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT