IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 28 AM 11:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                          CR. NO. 02-20498-B

DISCOUNT SATELLITE SALES & EQUIPMENT, et al.,

    Defendants.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND <u>SETTING</u>

---

This cause came on for a report date on December 21, 2005. At that time counsel for the government requested a continuance of the January 3, 2006 trial date due to the defendant's fugitive status.

The Court granted the request and reset the trial date to April 3, 2006 with a **report date of Monday, March 27, 2006, at 10:00 a.m.**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from January 13, 2006 through April 14, 2006 is excludable under 18 U.S.C. § 3161(h)(1)(A) and (B) because the defendants are either absent or unavailable and their presence cannot be determined or obtained by due diligence.

IT IS SO ORDERED this 23 day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:02-CR-20498 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT